UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROMA ROBLES,

        Plaintiff,

-against-

PLANNED BUILDING SERVICES, INC.,

        Defendant.

Civil Action No.: 1:22-cv-04875

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the respective counsel of record for the parties in the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued as against the defendant, with prejudice, without costs to any party as against the other pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    This Stipulation may be executed by facsimile signatures with the same force and effect as originals. A fully executed copy of this Stipulation has the same force and effect as the original. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       ~~November~~ , 2022
       OCTOBER 31

LAW OFFICE OF
PETER A. ROMANO PLLC

By: _____
Peter A. Romano
490 Wheeler Road, Suite 250
Hauppauge, NY 11788
(631) 257-5588
*Attorneys for Plaintiff*

FOX ROTHSCHILD, LLP

By: _____
Glenn S. Grindlinger
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900
*Attorneys for Defendant*

SO ORDERED: **s/ LDH**

DATE: **11/1/2022**

10

139138196.1